In the Matter of the Application of KERON F. DWYER, for Reinstatement to the Bar.— Motion for reinstatement as an attorney and counselor at law granted. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Application of WILLIAM GLICKMAN for Reinstatement to the Bar.— Motion for reinstatement as an attorney and counselor at law denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.